**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, | ) | |
| *Plaintiffs,* | ) | Case No. 26-cv-12271 |
| v. | ) | |
| M. D. MILLER TRUCKING & TOPSOIL, INC. an Illinois corporation, | ) | |
| *Defendant*. | ) | |

**<u>DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT</u>**

NOW COMES Defendant, M. D. MILLER TRUCKING & TOPSOIL, INC., by and through its undersigned Counsel, Allocco, Miller & Cahill, P.C., and for its Answer to the Complaint of Plaintiffs, states as follows:

**<u>JURISDICTION AND VENUE</u>**

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1 132 ("ERISA") and 29 U.S.C. 1. 1145 as amended.

(b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2.,are administered.

**<u>ANSWER</u>**: Defendant admits the allegations in Paragraph 1(a) and 1(b).

**PARTIES**

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds'') and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union-') and Employers:

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of ERISA. the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

**ANSWER**: Defendant admits the allegations in Paragraph 2(a), 2(b), and 2(c).

3. (a) M. D. MILLER TRUCKING & TOPSOIL. INC.. an Illinois corporation, from January 1, 2023, through December 31, 2025, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

(b) M. D. MILLER TRUCKING & TOPSOIL. INC.. maintains its principal place of business at Plainfield, Illinois.

(c) M. D. MILLER TRUCKING & TOPSOIL, INC., is an employer engaged in an industry affecting commerce.

**ANSWER**: Defendant admits the allegations in Paragraph 3(a), 3(b), and 3(c).

4. On April 9, 2019 M. D. MILLER TRUCKING & TOPSOIL. INC., entered into an Area Construction Agreement with Teamsters Local 673 for the period from June 1, 2017 through May 31, 2021, which continued in effect following that date, and later confirmed the continued Agreement effective June 1, 2025 through and including May 31, 2028 with Teamsters 673, as confirmed with the Local, as extended. The Agreement required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A) and was in effect throughout the audit period. M. D. MILLER TRUCKING & TOPSOIL, INC., has not sent a notice of termination.

**ANSWER**: Defendant admits the allegations in Paragraph 4.

5. Pursuant to the collective bargaining agreements between M. D. MILLER TRUCKING & TOPSOIL. INC., and the Union. M. D. MILLER TRUCKING & TOPSOIL. INC., failed and continues to fail to make its obligated contributions to the Fund or the period January 1, 2023, through December 31, 2025 as disclosed in an audit conducted on September 29, 2025 (Exhibit B).

**ANSWER**: Defendant denies the allegations in Paragraph 5.

6. The audit disclosed $523.218.62 due the Welfare Fund and $609,958.25 due the Pension Fund for a total of $1,133,176.67.

**ANSWER**: Defendant denies the allegations in Paragraph 6.

Dated: November 9, 2026

Respectfully submitted,

**M. D. MILLER TRUCKING & TOPSOIL, INC.**

By: /s/ Todd A. Miller
Attorney for Defendant

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, **November 9, 2026,** he electronically filed the attached, **Defendant's Answer to Plaintiff's Complaint**, with the Clerk of the Court using the CM/ECF system which will send notice of such filings to the following:

Attorneys for Plaintiffs:

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

/s/ Todd A. Miller

Attorneys for Defendant:

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com