# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Trustees of Suburban Teamsters v. M.D. Miller Trucking & Topsoil, Inc.

Case Number: 26-cv-12271

An appearance is hereby filed by the undersigned as attorney for:

M.D. Miller Trucking & Topsoil, Inc.

Attorney name (type or print): Todd Miller

Firm: Allocco, Miller, & Cahill, P.C.

Street address: 20 N Wacker Dr., Suite 3517

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6216561
(See item 3 in instructions)

Telephone Number: 312-675-4325

Email Address: tam@alloccomiller.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 10, 2026

Attorney signature: S/ Todd Miller
(Use electronic signature if the appearance form is filed electronically.)